ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| NES Pacific Limited Liability Co. | ) ASBCA No. 63710 |
| | ) |
| Under Contract No. FA5270-17-D-0012 | ) |
| Task Order No. FA52700-17-F-0098 | ) |

APPEARANCE FOR THE APPELLANT:    David A. Rose, Esq.
    Rose Consulting Law Firm
    Valdosta, GA

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
    Air Force Deputy Chief Trial Attorney
    Le'Dara Y. Clark, Esq.
    Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,100,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: June 8, 2026

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                     _____
J. REID PROUTY                              DAVID D'ALESSANDRIS
Administrative Judge                        Administrative Judge
Acting Chairman                             Acting Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals



        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63710, Appeal of NES
Pacific Limited Liability Co., rendered in conformance with the Board's Charter.

        Dated: June 8, 2026


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals